UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **HAJI BAGCHO,** | : | **VIOLATIONS:** |
| a/k/a Haji Bagh Chagul | : | |
| a/k/a Haji Bagchagul | : | **21 U.S.C. §§ 963, 959, 960** |
| | : | **(Conspiracy to Distribute One** |
| **Defendant** | : | **Kilogram or More of Heroin** |
| | : | **Intending and Knowing that the** |
| | : | **Heroin Will Be Unlawfully Imported** |
| | : | **into the United States.** |
| | : | |
| | : | **21 U.S.C. § 959** |
| | : | **(Distribution of One Kilogram or** |
| | : | **More of Heroin Intending and** |
| | : | **Knowing that the Heroin Will Be** |
| | : | **Unlawfully Imported into the United** |
| | : | **States)** |
| | : | |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |
| | : | |
| | : | **21 U.S.C. § 853** |
| | : | **(Notice of Forfeiture)** |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT ONE**</u>

From on or about September 19, 2006, the exact date being unknown to the Grand Jury, and continuing thereafter up to the present, in Afghanistan and elsewhere, the defendant, **HAJI BAGCHO,** a/k/a Haji Bagh Chagul, a/k/a Haji Bagchagul, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury,

1

including with co-conspirators not indicted herein, to knowingly and intentionally distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959; all in violation of Title 21, United States Code, Sections 963, 960(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT TWO

On or about September 25, 2006, in Kabul, Afghanistan, the defendant, **HAJI BAGCHO,** a/k/a Haji Bagh Chagul, a/k/a Haji Bagchagul, did knowingly and intentionally distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, intending and knowing that such substance would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959 (a)(1), 959(a)(2) and 960(b)(1)(A) and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

1. The allegation of Counts 1 and 2 of this indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1 and 2, the defendant, **HAJI BAGCHO**, a/k/a Haji Bagh Chagul, a/k/a Haji Bagchagul, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit or to facilitate the

commission of the violations alleged in Counts 1 and 2 of this indictment.

    3.    If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

    All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

_____    _____
Matthew Stiglitz, Trial Attorney    Paul Laymon, Trial Attorney
Narcotic and Dangerous Drug Section    Narcotic and Dangerous Drug Section
Criminal Division    Criminal Division
U.S. Department of Justice    U.S. Department of Justice
Washington, D.C. 20530    Washington, D.C. 20530