UNSEALED



UNSEALED

# SUPERSEDING

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 15, 2009

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-334 (HHK) |
| v. | : | GRAND JURY ORIGINAL |
| HAJI BAGCHO, <br>    a/k/a Haji Bagh Chagul <br>    a/k/a Haji Bagchagul <br><br> SUCHA GUL, <br><br> ZAHIR SHAH, <br><br>     **Defendants.** | : | **VIOLATIONS:** <br><br> 21 U.S.C. §§ 963, 959, 960 <br> (Conspiracy to Distribute One Kilogram or More of Heroin Intending and Knowing that the Heroin Will Be Unlawfully Imported into the United States) <br><br> 21 U.S.C. § 959 <br> (Distribution of One Kilogram or More of Heroin Intending and Knowing that the Heroin Will Be Unlawfully Imported into the United States) <br><br> 21 U.S.C. § 960a <br> (Engaging in conduct violating 21 U.S.C. Section 841(a), knowing and intending to provide anything of pecuniary value to a person or organization engaged in terrorism or terrorist activity) <br><br> 18 U.S.C. § 2 <br> (Aiding and Abetting) <br><br> 21 U.S.C. § 853 <br> (Notice of Forfeiture) |

KENNEDY, JR. J. HHK

FILED IN OPEN COURT

JAN 2 8 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

From on or about sometime in 2005, the exact date being unknown to the Grand Jury, and continuing thereafter to the present in Afghanistan and elsewhere, the defendants, **HAJI BAGCHO,** a/k/a Haji Bagh Chagul, a/k/a Haji Bagchagul, **SUCHA GUL,** and **ZAHIR SHAH,** did knowingly

Case related to 06CR 334 (HHK)

and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, including with co-conspirators not indicted herein, to knowingly and intentionally distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21 United States Code, Section 959; all in violation of Title 21 United States Code, Sections 963, 960(b)(1)(A) and Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

## COUNT TWO

On or about September 25, 2006, in Afghanistan, the defendants, **HAJI BAGCHO**, a/k/a Haji Bagh Chagul, a/k/a Haji Bagchagul and **ZAHIR SHAH**, did knowingly and intentionally distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, intending and knowing that such substance would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959(a)(1), 959(a)(2) and 960(b)(1)(A) and Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

## COUNT THREE

On or about May 21, 2008, in Afghanistan, the defendant, **HAJI BAGCHO**, a/k/a Haji Bagh Chagul, a/k/a Haji Bagchagul, did knowingly and intentionally distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, intending and knowing that such substance would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959(a)(1), 959(a)(2) and 960(b)(1)(A) and Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

## COUNT FOUR

From on or about sometime in 2007 and continuing thereafter to the present, in Afghanistan, Pakistan and elsewhere, the exact dates being unknown to the Grand Jury, the defendants, **HAJI BAGCHO**, a/k/a Haji Bagh Chagul, a/k/a Haji Bagchagul, **SUCHA GUL**, and others unknown to the Grand Jury and not indicted herein, did knowingly, intentionally and unlawfully engage and attempt to engage in conduct that would be punishable under Title 21, United States Code, Section 841(a), if committed within the jurisdiction of the United States, that is, to knowingly and intentionally manufacture, distribute, and possess with intent to distribute: (1) one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance; knowing and intending to provide, directly and indirectly, anything of pecuniary value to any person and organization that has engaged and engages in terrorist activity and terrorism, having knowledge that the said person and organization has engaged and engages in terrorist activity and terrorism; all in violation of Title 21, United States Code, Sections 960a, 841(a), 841(b)(1)(A)(I) and Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

1. The allegation in Count 1 of this indictment is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count 1, the defendant, **HAJI BAGCHO** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count 1 of this indictment.

3

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with, a third person;
- c. has been placed beyond the jurisdiction of the Court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
Paul M. O'Brien, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

_____
Julius Rothstein, Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530